IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MING, | : | |
| Petitioner | : | |
| | : | |
| v. | : | CIVIL ACTON NO. 06-CV-1673 |
| | : | |
| FRANKLIN TENNIS, et al., | : | |
| Respondents. | : | **FILED** |

**O R D E R**

FILED MAY 28 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

AND NOW, this 28th day of MAY, 2015, upon consideration of *pro se* Petitioner's "Independent Action for Relief From Final Order, or, Alternatively, Motion for Relief from Final Order Pursuant to Fed. R. Civ. Proc. 60(b)," **IT IS ORDERED** that:

1. Petitioner's Motion is **DENIED**; and,

2. A certificate of appealability will not issue because reasonable jurists would not debate the correctness of this court's procedural ruling. *See Slack v. McDaniel*, 120 S.Ct. 1595 (2000).

RONALD L. BUCKWALTER, J.